AO 91 (Rev 8/01) a Criminal Complaint

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Reynaldo Artemio CALDERON-Acosta**

AKA:
    IAE     YOB: 1962
    **Mexico**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:     M-19-1128-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 8, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title    **8**    United States Code, Section(s)    **1326**    **(Felony)**
I further state that I am a(n)    **Deportation Officer**    and that this complaint is based on the following facts:

On May 8, 2019, Reynaldo Artemio CALDERON-Acosta a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 16, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the second (2nd) time on February 15, 2005 via the Del Rio, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about March 10, 2005 by wading the Rio Grande River at or near Hidalgo, Texas. On June 21, 2004, the defendant was convicted of 8 USC 1326 being found in the United States after previous deportation and sentenced to fifteen (15) months to the custody of the United States Bureau of Prisons and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Complaint approved by AUSA Matt Redwood
5/17/19

Sworn to before me and subscribed in my presence,

**May 17, 2019** - 8:26 a.m.
**Date**

**Juan F. Alanis**     **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

Signature of Complainant

**Maurice Sanchez**     **Deportation Officer**
**Printed Name and Title of Complainant**

at    **McAllen, Texas**
    **City and State**

Signature of Judicial Officer